10:54 AM     **Marietta Pest Free**
12/27/18     **Payment Report**

January 1 through December 27, 2018

| Date | Num | Cl | Amount |
|---|---|---|---|
| 07/26/2018 | 1064 | | -350.00 |
| 07/31/2018 | 1066 | | -310.00 |
| 08/09/2018 | 1070 | | -350.00 |
| 08/12/2018 | 1075 | | -350.00 |
| 08/23/2018 | 1080 | | -350.00 |
| 08/29/2018 | 1084 | | -350.00 |
| 09/02/2018 | 1090 | | -310.00 |
| 09/13/2018 | 1093 | | -350.00 |
| 09/20/2018 | 1101 | | -350.00 |
| 09/27/2018 | 1102 | | -350.00 |
| 10/03/2018 | 1113 | | -250.00 |
| 10/11/2018 | 1115 | | -250.00 |
| 10/17/2018 | 1118 | | -250.00 |
| 10/25/2018 | 1121 | | -300.00 |
| 11/01/2018 | 1124 | | -300.00 |
| 11/08/2018 | 1130 | | -300.00 |
| 11/09/2018 | 1132 | | -300.00 |
| 11/15/2018 | 1137 | | -300.00 |
| 11/29/2018 | 1138 | | -300.00 |
| 12/02/2018 | 1150 | | -300.00 |
| 12/13/2018 | 1154 | | -300.00 |
| 12/13/2018 | 1158 | | -300.00 |
| 12/27/2018 | 1164 | | -300.00 |